|  |  |
|---|---|
| 1 | MATTHEW T. DUSHOFF, ESQ. |
|  | Nevada Bar No. 004975 |
| 2 | WILLIAM A. GONZALES, ESQ. |
|  | Nevada Bar No. 015230 |
| 3 | SALTZMAN MUGAN DUSHOFF |
|  | 1835 Village Center Circle |
| 4 | Las Vegas, Nevada 89134 |
|  | Telephone: (702) 405-8500 |
| 5 | Facsimile: (702) 405-8501 |
|  | E-Mail:  mdushoff@nvbusinesslaw.com |
| 6 |          wgonzales@nvbusinesslaw.com |

*Counsel for Defendants and Nominal Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| DOREEN R. LAMPERT, Derivatively on Behalf of CELSIUS HOLDINGS, INC., | Case No. 3:23-cv-00017-ART-CSD |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION TO CONFORM DEADLINES FOR DEFENDANTS AND NOMINAL DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| JOHN FIELDLY, NICHOLAS CASTALDO, CAROLINE LEVY, HAL KRAVITZ, ALEXANDRE RUBERTI, CHERYL S. MILLER, DAMON DESANTIS, JOYCE RUSSELL, AND JAMES NEGRON, | |
| Defendants, | |
| and | |
| CELSIUS HOLDINGS, INC., | |
| Nominal Defendant. | |

Plaintiff Doreen R. Lampert ("Plaintiff"), Nominal Defendant Celsius Holdings, Inc. ("Celsius"), and Defendants John Fieldly, Nicholas Castaldo, Caroline Levy, Hal Kravitz, Alexandre Ruberti, Cheryl S. Miller, Damon DeSantis, Joyce Russell (the "Director Defendants"), and Edwin Negron-Carballo (with Mr. Negron, the "Individual Defendants" and together with Celsius, collectively, the "Defendants"), hereby stipulate and agree, and respectfully request the Court enter an Order, to extend the time for Defendant Celsius to respond to the Complaint in the above-styled shareholder derivative litigation (the "Derivative Action") as follows:

**WHEREAS**, the Derivative Action was filed by Plaintiff on January 11, 2023, alleging claims for breach of fiduciary duty against the Director Defendants; claims for insider selling and misappropriation of information against Defendant John Fieldly; claims for unjust enrichment against the Individual Defendants; and claims for securities fraud under the Securities Exchange Act of 1934 and SEC Rule 10b-5 thereunder against the Director Defendants;

**WHEREAS**, Federal Rule of Civil Procedure 4(d) states, "[a]n individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons."

**WHEREAS**, on January 18, 2023, Defendants, through their counsel, requested that Plaintiff send Waivers of the Service of Summons, pursuant to Federal Rule of Civil Procedure 4(d), for execution;

**WHEREAS**, on January 19, 2023, Plaintiff effectuated the service of summons on Defendant Celsius;

**WHEREAS**, on January 20, 2023, Plaintiff, through her counsel, sent Waivers of the Service of Summons for the Individual Defendants;

**WHEREAS**, the Individual Defendants, through their counsel, have executed and returned to Plaintiff's counsel Waivers of the Service of Summons;

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12, Defendant Celsius's deadline to move against, answer, or otherwise respond to the Complaint is February 9, 2023;

**WHEREAS**, pursuant to Federal Rules of Civil Procedure 4 and 12, the Individual Defendants' deadline to move against, answer, or otherwise respond to the Complaint is March 21, 2023;

**WHEREAS**, the Parties agree Defendant Celsius's deadline to move against, answer, or otherwise respond to the Complaint should be aligned with the Individual Defendants' deadline to do the same;

**WHEREAS**, the Parties believe such an extension of the time for Defendant Celsius to respond to the Complaint will promote the efficient and orderly administration of justice;

//

NOW, THEREFORE, the Parties hereby stipulate and agree, and respectfully request that the Court enter an Order, as follows:

1. The deadline for Defendant Celsius to respond to the Complaint shall be March 21, 2023.

DATED this 2nd day of February, 2023.

Respectfully submitted:

| **MATTHEW L. SHARP, LTD.** | **SALTZMAN MUGAN DUSHOFF** |
|---|---|
| By  */s/ Matthew L. Sharp*<br>MATTHEW L. SHARP, ESQ.<br>Nevada Bar No. 4746<br>432 Ridge St.<br>Reno, NV 89501<br><br>Attorney for Plaintiff<br>DOREEN R. LAMPERT | BY  */s/ Matthew T. Dushoff*<br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 004975<br>WILLIAM A. GONZALES, ESQ.<br>Nevada Bar No. 015230<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134<br><br>Counsel for Defendants and Nominal Defendant |

## ORDER

IT IS SO ORDERED.

DATED: February 3, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

*Doreen R. Lampert, etc. v. John Fieldly, et al.*/Case No. 3:23-cv-00017-ART-CSD
Joint Stipulation to Conform Deadlines for Defendants and Nominal Defendant to Respond to Plaintiff's Complaint