Matthew T. Dushoff, Esq.
Nevada Bar No. 004975
**Saltzman Mugan Dushoff**
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 405-8500
Facsimile: (702) 405-8501
E-Mail:  mdushoff@nvbusinesslaw.com
   and
Elliot S. Blut, Esq.
Nevada Bar No. 006570
Zahava M. Lieberman, Esq.
Nevada Bar No. 015953
**Blut Law Group PC**
300 S 4th Street, #701
Las Vegas, NV 89101
Phone: (702) 384-1050
E-Mail:  eblut@blutlaw.com
   zlieberman@blutlaw.com

**Alston & Bird**
Joe Tully, Esq. (*Admitted Pro Hac Vice*)
90 Park Avenue
New York, NY 10016
Office: 212 210 9493
Cell: 917 579 4974
Email:  Joe.Tully@alston.com
   and
Jason R. Outlaw (*Admitted Pro Hac Vice*)
Oyinkansola Y. Muraina (*Admitted Pro Hac Vice*)
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone: (404) 881-7000
Email:  jason.outlaw@alston.com
Email:  oyinkan.muraina@alston.com

*Attorneys for Defendants and Nominal Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DOREEN R. LAMPERT, Derivatively on Behalf of CELSIUS HOLDINGS, INC., <br><br>Plaintiff,<br><br>v.<br><br>JOHN FIELDLY, NICHOLAS CASTALDO, CAROLINE LEVY, HAL KRAVITZ, ALEXANDRE RUBERTI, CHERYL S. MILLER, DAMON DESANTIS, JOYCE RUSSELL, AND JAMES NEGRON,<br><br>Defendants,<br><br>and<br><br>CELSIUS HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 3:23-cv-00017-ART-CSD<br><br>**ORDER GRANTING**<br><br>**JOINT STIPULATION TO EXTEND STAY OF LITIGATION**<br><br>(Fifth Request) |

**WHEREAS**, Plaintiff Doreen R. Lampert ("Plaintiff") commenced this action (the "Derivative Litigation") on January 11, 2023, upon the filing of a Verified Stockholder

Derivative Complaint (the "Complaint") asserting claims for breach of fiduciary duty on behalf of Nominal Defendant Celsius Holdings, Inc. ("Celsius") and against Defendants John Fieldly, Nicholas Castaldo, Caroline Levy, Hal Kravitz, Alexandre Ruberti, Cheryl S. Miller, Damon DeSantis, and Joyce Russell (the "Director Defendants"); a claim for insider selling and misappropriation of information against Defendant John Fieldly; claims for unjust enrichment against the Director Defendants; and claims for securities fraud under Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder against the Director Defendants (collectively, with Celsius, "Defendants" and, with Plaintiff, the "Parties") (ECF No. 1);

**WHEREAS**, the Derivative Litigation alleges facts and asserts claims that were also at issue in a previously filed putative securities class action, pending in the United States District Court for the Southern District of Florida and styled *City of Atlanta Police Officers' Pension Plan and City of Atlanta Firefighters' Pension Plan v. Celsius Holdings, Inc., et al.*, Case No. 22-80418-CV-DMM (S.D. Fla.) (the "Securities Litigation");

**WHEREAS**, on February 1, 2024, the District Court approved the settlement of the Securities Litigation and dismissed the action with prejudice;

**WHEREAS**, the Complaint alleges facts and asserts claims that are also at issue in two other pending derivative actions, styled, respectively, *Nicholas R. Ingrao v. John Fieldly, et al.*, Case No. A-23-873736-C Dept. 6 (Clark Cnty., Nev.) and *Jennifer Hammond and Dana Hepworth v. John Fieldly, et al.*, Case No. 2:24-cv-00711 (D. Nev.) (collectively, the "Derivative Actions");

**WHEREAS**, on July 9, 2024, this Court so-ordered the Parties' Joint Stipulation to Extend Stay of Litigation, which stayed the Derivative Litigation for sixty (60) days, until September 2, 2024, (ECF No. 35), so that the Parties could continue their negotiation of a possible settlement of the Derivative Litigation and, more broadly, the Derivative Actions;

**WHEREAS**, the Order Granting the Joint Stipulation To Extend Stay of Litigation stated, "[i]f the stipulation is so-ordered, the Parties will promptly notify the Court if settlement of the Derivative Actions is reached" (*id.*);

**WHEREAS**, the Parties participated in a mediation on August 21, 2024 to resolve outstanding issues and are currently working to finalize the terms of a proposed settlement;

**NOW, THEREFORE**, the Parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. All pretrial deadlines in this matter shall be stayed pending consummation of the proposed settlement.

2. The Parties will provide a further update on the status of the proposed settlement agreement on or before October 4, 2024.

DATED this 30th day of August, 2024.

Respectfully submitted:

| | |
|---|---|
| **MATTHEW L. SHARP, LTD.** | **SALTZMAN MUGAN DUSHOFF** |
| BY /s/ Matthew L. Sharp | BY _____ |
| MATTHEW L. SHARP, ESQ. | MATTHEW T. DUSHOFF, ESQ. |
| Nevada Bar No. 4746 | Nevada Bar No. 004975 |
| 432 Ridge St. | 1835 Village Center Circle |
| Reno, NV 89501 | Las Vegas, Nevada 89134 |
| Attorney for Plaintiff Doreen Lampert | **BLUT LAW GROUP PC** |
| | ELLIOT S. BLUT, ESQ. |
| | Nevada Bar No. 006570 |
| | ZAHAVA M. LIEBERMAN, ESQ. |
| | Nevada Bar No. 015953 |
| | 300 S 4th Street, #701 |
| | Las Vegas, NV 89101 |
| | |
| | **ALSTON & BIRD** |
| | JOSEPH G. TULLY (*Admitted Pro Hac Vice*) |
| | 90 Park Avenue |
| | New York, NY 10016 |
| | JASON R. OUTLAW (*Admitted Pro Hac Vice*) |
| | OYINKANSOLA Y. MURAINA (*Admitted Pro Hac Vice*) |
| | One Atlantic Center |
| | 1201 West Peachtree Street, Suite 4900 |
| | Atlanta, GA 30309 |
| | |
| | Counsel for Defendants and Nominal Defendant |

SALTZMAN MUGAN DUSHOFF PLLC
1835 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 405-8500 / Fax: (702) 405-8501

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: September 3, 2024

---

*Doreen R. Lampert, etc. v. John Fieldly, et al.*/Case No. 3:23-cv-00017-ART-CSD
Joint Stipulation to Extend Stay of Litigation (Fifth Request)

Page 4 of 4