**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DOREEN R. LAMPERT, Derivatively on Behalf of CELSIUS HOLDINGS, INC., | Case No. 3:23-cv-00017-ART-CSD |
| Plaintiff, | |
| v. | **ORDER GRANTING** |
| JOHN FIELDLY, NICHOLAS CASTALDO, CAROLINE LEVY, HAL KRAVITZ, ALEXANDRE RUBERTI, CHERYL S. MILLER, DAMON DESANTIS, JOYCE RUSSELL, AND JAMES NEGRON, | **JOINT STATUS REPORT** |
| Defendants, | |
| and | |
| CELSIUS HOLDINGS, INC., | |
| Nominal Defendant. | |

Nominal Defendant Celsius Holdings, Inc. ("Celsius" or the "Company"), Defendants John Fieldly, Nicholas Castaldo, Caroline Levy, Hal Kravitz, Alexandre

Ruberti, Cheryl S. Miller, Damon DeSantis, Joyce Russell, and Edwin Negron-Carballo (the "Individual Defendants," and, collectively, with Celsius, "Defendants") and Plaintiff Doreen R. Lampert ("Plaintiff," and, collectively, with Defendants, the "Parties"), by and through their undersigned counsel, hereby submit this joint status report in connection with the above-captioned action (the "Derivative Litigation").

The Derivative Litigation alleges facts and asserts claims that are also at issue in two other pending derivative actions, styled, respectively, *Nicholas R. Ingrao v. John Fieldly, et al.*, Case No. A-23-873736-C Dept. 6 (Clark Cnty., Nev.) and *Jennifer Hammond and Dana Hepworth v. John Fieldly, et al.*, Case No. 2:24-cv-00711 (D. Nev.) (collectively, the "Derivative Actions").

On August 30, 2024, this Court so-ordered the Parties' Joint Stipulation to Extend Stay of Litigation, which stayed the Derivative Litigation until October 4, 2024, (ECF No. 37), so that the Parties could finalize the terms of a proposed settlement of the Derivative Actions. The Order Granting the Joint Stipulation To Extend Stay of Litigation stated, "[t]he Parties will provide a further update on the status of the proposed settlement agreement on or before October 4, 2024." (*id.*).

For their Joint Status Report, the Parties state that:

1. The Parties have reached an agreement on the material substantive terms of a global settlement of the Derivative Actions, including corporate governance enhancements and Plaintiffs' fee and expense amount.

2. The Parties are currently working together to paper the settlement in a Stipulation and Agreement of Settlement.

3. Once executed, the Plaintiffs will file their Motion for Preliminary Approval in the related action styled *Ingrao v. Fieldly, et al.*, No. A-23-873736-C (Clark. Cnty., Nev.) (the "*Ingrao* Action").

4. The Parties, therefore, respectfully request that the Court extend the stay an additional sixty (60) days, until December 3, 2024, to allow the Parties to finalize a

//

Stipulation and Agreement of Settlement, and to allow the Plaintiffs to submit a Motion for Preliminary Approval in the *Ingrao* Action.

DATED this 4th day of October, 2024.

Respectfully submitted:

| | |
|---|---|
| **MATTHEW L. SHARP, LTD.** | **SALTZMAN MUGAN DUSHOFF** |
| By */s/ Matthew L. Sharp, Esq.*<br>MATTHEW L. SHARP, ESQ.<br>Nevada Bar No. 4746<br>432 Ridge St.<br>Reno, NV 89501 | By */s/ Matthew T. Dushoff, Esq.*<br>MATTHEW T. DUSHOFF, ESQ.<br>Nevada Bar No. 004975<br>1835 Village Center Circle<br>Las Vegas, Nevada 89134 |
| Attorney for Plaintiff Doreen Lampert | **BLUT LAW GROUP PC**<br>ELLIOT S. BLUT, ESQ.<br>Nevada Bar No. 006570<br>ZAHAVA M. LIEBERMAN, ESQ.<br>Nevada Bar No. 015953<br>300 S 4th Street, #701<br>Las Vegas, NV 89101<br>Phone: (702) 384-1050<br>E-Mail:  eblut@blutlaw.com<br>            zlieberman@blutlaw.com |
| | (*Admitted Pro Hac Vice*)<br>**ALSTON & BIRD**<br>JOSEPH G. TULLY, ESQ.<br>90 Park Avenue<br>New York, NY 10016<br>JASON R. OUTLAW<br>OYINKANSOLA Y. MURAINA<br>One Atlantic Center<br>1201 West Peachtree Street, Suite 4900<br>Atlanta, GA 30309 |
| | Counsel for Defendants and Nominal Defendant |

**ORDER**

IT IS SO ORDERED.

DATED: October 7, 2024

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

*Doreen R. Lampert, etc. v. John Fieldly, et al.*/Case No. 3:23-cv-00017-ART-CSD
Joint Status Report