|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

# IN THE UNITED STATES DISCTRICT COURT
## FOR THE DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| DOREEN R. LAMPERT, Derivatively on Behalf of CELSIUS HOLDINGS, INC., | Case No. 3:23-CV-00017-ART-CSD |
| Plaintiffs, | |
| v. | **ORDER** |
| JOHN FIELDLY, NICHOLAS CASTALDO, CAROLINE LEVY, HAL KRAVITZ, ALEXANDRE RUBERTI, CHERYL S. MILLER, DAMON DESANTIS, JOYCE RUSSELL, and JAMES NEGRON, | |
| Defendants, | |
| and | |
| CELSIUS HOLDINGS, INC., | |
| Nominal Defendant. | |

**WHEREAS**, the above-captioned litigation (the "Derivative Litigation") alleges facts and asserts claims that are also at issue in two other pending derivative actions, styled, respectively, *Jennifer Hammond and Dana Hepworth v. John Fieldly, et al.*, Case No. 2:24-cv-00711-JAD-NJK (D. Nev.) (the "*Hammond* Action") and *Ingrao v. John Fieldly, et al.*, Case No. A-23-873736-C Dept. 6 (Clark Cnty., Nev.) (the "*Ingrao* Action" and, collectively, with the Derivative Litigation and the *Hammond* Action, the "Derivative Actions");

1  **WHEREAS**, on December 3, 2024, the parties to this action filed a Joint Status Report which reported (i) that the parties had executed a Stipulation and Agreement of Settlement, setting out the terms of a global settlement of the Derivative Actions (the "Settlement"); (ii) that the plaintiffs in the *Ingrao* Action intended to file their Motion for Preliminary Approval in the District Court, Clark County, Nevada, on or before December 13, 2024; and (ii) that, if the Settlement was approved in the *Ingrao* Action as fair, reasonable, and adequate and in the best interests of Nominal Defendant Celsius Holdings, Inc., the parties would jointly request that this Court enter an order dismissing this action, Docket No. 40;

2  **WHEREAS**, on April 3, 2025, the Court in the *Ingrao* Action entered a Notice of Entry and Final Order and Judgment finding the settlement of the Derivative Actions was fair, reasonable, adequate, and in the best interest of Celsius;

/ / /

/ / /

/ / /

/ / /

1  **NOW, THEREFORE**,

2  1.  This case is DISMISSED with prejudice.

3  2.  The Clerk of Court shall close this case.

4  DATED this 10th day of April, 2025.

5  IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

*Doreen R. Lampert, etc. v. John Fieldly, et al.*/Case No. 3:23-cv-00017-ART-CSD - Order